UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>       Plaintiff,<br><br>v.<br><br>TROPICAL BANANA CO., INC., and NICHOLAS TASHO, IN HIS CAPACITY AS PRESIDENT OF TROPICAL BANANA CO., INC.<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04cv10082 EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

     Now comes the Plaintiff, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i) as the Defendant has neither filed an answer nor motion for summary judgment.

Dated: January 22, 2004                    Respectfully submitted,

                                               For the Plaintiff,
                                               CHARLES LANGONE, FUND MANAGER
                                               By his Attorney,


                                             /s/ Catherine M. Campbell_____
                                             Catherine M. Campbell
                                             BBO #549397
                                             Feinberg, Campbell & Zack, P.C.
                                             177 Milk Street
                                             Boston, MA   02109
                                             (617) 338-1976

<u>Certificate of Service</u>

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail, postage prepaid, to Nicholas Tasho, President, Tropical Banana Co., Inc., 24 White Avenue, Brockton, MA 02401.

|  |  |
|---|---|
| Dated: January 22, 2004 | /s/ Catherine M. Campbell<br>Catherine M. Campbell |