# FEINBERG, CAMPBELL & ZACK, P.C.

Attorneys at Law

177 Milk Street, Suite 300 ● Boston, Massachusetts 02109

617-338-1976

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL ◊
cmc@fczlaw.com
ARTHUR G. ZACK
agz@fczlaw.com
JONATHAN M. CONTI *
jmc@fczlaw.com

Telecopier 617-338-7070
Toll Free 800-338-6004

_____

◊ Also Admitted in California
* Admitted Only in Wisconsin and Connecticut

January 22, 2004

Office of the Clerk
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

     Re:    Charles Langone, Fund Manager v. Tropical Banana Co., Inc.
           C.A. No. 04cv10082 EFH

Dear Sir or Madam:

     As the parties have settled this matter, enclosed please find a Notice of Dismissal of the above-referenced action.

                              Very truly yours,

                              /s/ Catherine M. Campbell_____
                              Catherine M. Campbell

CMC:md
Enclosure
F:\New England Teamsters\Tropical Banana Co\Correspondence\clerk 1.22.04.doc